FILED

09/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0270

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0270

_____

AMERICAN EXPRESS NATIONAL BANK,

     Plaintiff and Appellant,

v.

JOCELYN BORN,

     Defendant and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Jocelyn Born, to all counsel of record, and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2023